UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW D. CUTRIGHT,<br><br>　　　　Defendant/Judgment Debtor,<br><br>　and<br><br>MACDONALD-MILLER FACILITY SOLUTIONS,<br><br>　　　　Garnishee. | C16-1274 TSZ<br><br>ORDER |

　　　THIS MATTER comes before the Court on the United States' Application to Terminate Garnishment Proceeding, docket no. 14. For the reasons stated in the United States' Application, the Court concludes that this garnishment should be terminated under 28 U.S.C. § 3205(c)(10)(A).

　　　IT IS ORDERED that the garnishment is terminated, and that MacDonald-Miller Facility Solutions is relieved of further responsibility under the Writ of Garnishment, docket no. 2, and the Order continuing the garnishment, docket no. 13, issued in this case.

ORDER - 1

1   The Clerk is directed to send a copy of this Order to all counsel of record, to
2   Defendant/Judgment Debtor pro se, and to Garnishee pro se.
3       IT IS SO ORDERED.
4   Dated this 19th day of May, 2025.

Thomas S. Zilly
United States District Judge

ORDER - 2